SEYFARTH SHAW LLP
Noah A. Finkel (admitted *pro hac vice*)
Illinois Bar No. 6224910
Email: nfinkel@seyfarth.com
Kara L. Goodwin (admitted *pro hac vice*)
Illinois Bar No. 6299888
Email: kgoodwin@seyfarth.com
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Esteban Shardonofsky (admitted *pro hac vice*)
Texas Bar No. 24051323
Email: sshardonofsky@seyfarth.com
700 Milam Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: 602.778.3700
Facsimile:  602.778.3750
Mark G. Kisicki (016593)
Mark.Kisicki@ogletreedeakins.com
Alec Hillbo (020185)
Alec.Hillbo@ogletreedeakins.com

Attorneys for Defendant
REPUBLIC SERVICES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHARLES TAYLOR, | Case No. 2:16-cv-02760-DGC |
| Individually and on behalf of himself and all others similarly situated, | **DEFENDANT'S EXPEDITED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION** |
| Plaintiff, | |
| v. | **(FIRST REQUEST)** |
| REPUBLIC SERVICES, INC., | **(EXPEDITED REVIEW REQUESTED)** |
| Defendants. | |

Defendant Republic Services, Inc. ("Republic" or "Defendant"), pursuant to Fed. R. Civ. P. 6(b) and LRCiv 7.3, respectfully asks the Court for a three-week extension of time, up to and including November 22, 2016, to file its response to Plaintiff's Motion for Conditional Certification.  In support of its motion, Republic states as follows:

1.     On August 16, 2016, Plaintiff Charles Taylor filed a Complaint bringing claims under the Fair Labor Standards Act ("FLSA").  (Dkt. No. 1).

2.     On September 16, 2016, Republic filed a motion to dismiss, or, alternatively, to transfer or, alternatively, to stay this case in favor of *Serrano et al. v. Republic Services, Inc.*, Civil Action No. 2:14-cv-00077, which is pending in the United States District Court for the Southern District of Texas, Corpus Christi Division, which was filed first and involves substantially the same parties and substantially overlapping factual and legal issues.  (Dkt. No. 14).

3.     On September 23, 2016, Plaintiff filed an Amended Class/Collective Action Complaint, which added Plaintiff Richard LaBryer and a claim under the Pennsylvania Minimum Wage Act.  (Dkt. Nos. 16-18).

4.     On October 10, 2016, Republic filed its second motion to dismiss, transfer, or stay this case in favor of *Serrano*, arguing that this case "is *Serrano* redux, before *Serrano* has been concluded" (*i.e.*, the primary legal claims are the same, the defenses are the same, the lead lawyers are the same, and the parties are virtually the same).  (Dkt. No. 28).

5.     On October 18, 2016, Plaintiff filed a Motion for Conditional Certification, asking the Court to conditionally certify a nationwide collective pursuant to 29 U.S.C. § 216(b) and to send notice to "[a]ll waste disposal drivers employed by [Republic] throughout the United States at any time during the last three years and who were paid a day/job rate plus other forms of compensation and who were not compensated for time spent working through meal breaks." (Dkt. No. 29).

6.     Pursuant to LRCiv 7.2(c), Republic's response to Plaintiff's Motion for Conditional Certification is due on or before November 1, 2016.

7.     Plaintiff seeks certification of a nationwide collective, potentially consisting of tens of thousands of individuals who were employed at hundreds of facilities across the United States.  Accordingly, Republic requires additional time to collect the relevant documents and information in order to prepare its response.  Republic requests an additional three weeks, to and including November 22, 2016, to file its response to Plaintiff's Motion for Conditional Certification.

8.     This request for an extension of time to respond to Plaintiff's Motion for Conditional Certification is made in good faith and not for the purpose of delay.  Indeed, because of Republic's pending motion to dismiss, transfer, or stay this case in favor of *Serrano*, granting Republic a brief three-week extension will not slow the progress of this case. [1]

9.     On October 20, 2016, Republic's counsel conferred with Plaintiff's counsel by email regarding Republic's request for an extension of time to respond to Plaintiff's Motion for Conditional Certification.  Although this is the first extension that Republic has sought in order to respond to Plaintiff's motion to conditionally certify a nationwide collective action, Plaintiff's counsel stated that Plaintiff opposes the requested extension of time.

RESPECTFULLY SUBMITTED this 21st day of October, 2016.

SEYFARTH SHAW LLP

By: /s/ Kara L. Goodwin

Attorney for Defendant
REPUBLIC SERVICES, INC.

---

[1]     While Republic contends that the Court should first decide Republic's motion to dismiss, transfer, or stay this case before addressing Plaintiff's request for conditional certification, Republic is *not* asking the Court to postpone briefing on Plaintiff's Motion for Conditional Certification until after the determination of Republic's motion to dismiss, transfer, or stay. Indeed, Republic recognizes that it is likely that some Court — whether it be this Court or the Southern District of Texas where *Serrano* is pending — will decide Plaintiff's Motion for Conditional Certification at some point and in some form.  Accordingly, Republic agrees that the parties should fully brief the motion now so that it will be ripe for decision at the appropriate time (*i.e.*, after this Court determines whether, as Republic contends, this case is subsumed by the *Serrano* action and/or should be heard by the Southern District of Texas).  Republic's reason for seeking this extension is that it requires additional time to prepare its response and to properly advise the Court of the reasons why it believes conditional certification is not warranted.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October, 2016, I electronically filed the foregoing document with the Clerk's Office using the CM/ECF system, which will send a notification of such filing to the following:

Zachary Mushkatel
Mushkatel, Robbins & Becker, P.L.L.C.
15249 North 99th Avenue
Sun City, Arizona 85351

Austin W. Anderson
Clif Alexander
Lauren E. Braddy
Anderson2X, PLLC
819 North Upper Broadway
Corpus Christi, TX 78401

/s/ _____ Kara L. Goodwin _____

-4-