UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHARLES TAYLOR and RICHARD LaBRYER, Individually and on behalf of all others similarly situated | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action 2:16-cv-00502 |
| REPUBLIC SERVICES, INC. | § § § | |
| *Defendant.* | § | |

## PLAINTIFF'S NOTICE OF FILING CONSENTS TO JOIN

COMES NOW, Plaintiff CHARLES TAYLOR, individually and on behalf of all others similarly situated, and hereby gives notice of filing with the Clerk of the Court the following Consents to Join pursuant to 29 U.S.C. § 216(b):

### NOTICES OF CONSENT

| | |
|---|---|
| Earl Ware | Exhibit 1 |
| Monte Steiner | Exhibit 2 |
| Mark A Fox | Exhibit 3 |
| Terry Kern | Exhibit 4 |
| Matthew S. Kadel | Exhibit 5 |
| Todd Westerhoff | Exhibit 6 |
| Kevin G. Atkinson | Exhibit 7 |
| Jon Rott | Exhibit 8 |
| Joshua Dean Hardegree | Exhibit 9 |
| Bruce Wayne Pullins | Exhibit 10 |
| Glenn E Terry | Exhibit 11 |

| | |
|---|---|
| Jonathan T. Vandall | Exhibit 12 |
| Jessica Swearingen | Exhibit 13 |
| Joe Haynes Jr | Exhibit 14 |
| Joe Allen Braddy Jr | Exhibit 15 |
| Travis Young | Exhibit 16 |
| Jeff Wood | Exhibit 17 |
| Craig Cameron | Exhibit 18 |
| Gregory R. Dowis | Exhibit 19 |
| Leonard Bradish | Exhibit 20 |
| Joshua William Wooden | Exhibit 21 |
| Robert A. Powell | Exhibit 22 |
| Barry F Sorrells | Exhibit 23 |
| Scotta Allen Upton | Exhibit 24 |
| Christopher R. Broome | Exhibit 25 |
| Jeffry T. Cramp | Exhibit 26 |
| Wayne Edward Reaver Jr. | Exhibit 27 |
| Clifton Jerry Beasley | Exhibit 28 |
| David Sewell | Exhibit 29 |
| Dallas E. Gentry Jr. | Exhibit 30 |
| Mark Joseph Stenger | Exhibit 31 |
| Donald Alvarez | Exhibit 32 |
| Stacy Barber | Exhibit 33 |
| Robert M. Craft | Exhibit 34 |
| Matthew W. Uhl | Exhibit 35 |

| | |
|---|---|
| Kristina Dupuis | Exhibit 36 |
| Justin Michael Simmons | Exhibit 37 |

Respectfully submitted,

By: /s/ *Austin W. Anderson*
**Austin W. Anderson**
Federal I.D. No. 777114
Texas Bar No. 24045189
austin@a2xlaw.com
**Clif Alexander**
Federal I.D. No. 1138436
Texas Bar No. 24064805
clif@a2xlaw.com
**Lauren E. Braddy**
Federal I.D. No. 1122168
Texas Bar No. 24071993
lauren@a2xlaw.com
**ANDERSON2X, PLLC**
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**ATTORNEY FOR PLAINTIFFS AND PUTATIVE CLASS MEMBERS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Austin W. Anderson*
Austin W. Anderson