UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **CHARLES TAYLOR and RICHARD LaBRYER, Individually and on behalf of all others similarly situated**<br><br>*Plaintiff,*<br><br>v.<br><br>**REPUBLIC SERVICES, INC.**<br><br>*Defendant.* | §§§§§§§§§§§§<br><br>Civil Action 2:16-cv-00502 |

## PLAINTIFF'S NOTICE OF FILING CONSENTS TO JOIN

COMES NOW, Plaintiff CHARLES TAYLOR, individually and on behalf of all others similarly situated, and hereby gives notice of filing with the Clerk of the Court the following Consents to Join pursuant to 29 U.S.C. § 216(b):

### NOTICES OF CONSENT

1. Keith M. Anderson
2. Donald J. Berry
3. Ronelle Boutte
4. Jose M. Castro
5. Fred W. Childers
6. John D. Christmas
7. Brian M. Clinger
8. Artest L. Cole
9. Harry D. Cook
10. Luis Diaz
11. John W. Ensell
12. Paul Russell Faiella
13. Aldo O. Garcia Vargas
14. Fredrek E. Greensberry
15. Martin Guardado
16. Aubrey L. Hansen
17. William G. Harrell
18. Richard F. Harrison
19. Jesus G. Huerta
20. Glade D. Jack
21. David D. Kelbel
22. Carlos D. Lira
23. Michael D. Loza
24. David E. Martin
25. Melvin Martin
26. Kenyatta J. McClain
27. Manuel Mendoza
28. Aaron B. Miller
29. Ronald E. Norris
30. Nathaniel O'Connor
31. Wesley Paris
32. Aaron L. Ramirez
33. Albert Randon
34. Walter B. Soto
35. Keith A. Stewart
36. Christopher M. Stroops
37. Manuel Torres
38. Javier Urias
39. Jonathan Villarreal
40. Leonel Villarreal
41. Jamie Allen Webb
42. Kenneth White

Case 2:16-cv-00502   Document 283   Filed on 07/20/17 in TXSD   Page 2 of 2

Respectfully submitted,

By:   /s/ *Austin W. Anderson*
**Austin W. Anderson**
Federal I.D. No. 777114
Texas Bar No. 24045189
austin@a2xlaw.com
**Clif Alexander**
Federal I.D. No. 1138436
Texas Bar No. 24064805
clif@a2xlaw.com
**Lauren E. Braddy**
Federal I.D. No. 1122168
Texas Bar No. 24071993
lauren@a2xlaw.com
**Alan Clifton Gordon**
Federal I.D. No. 19259
Texas Bar No. 00793838
cgordon@a2xlaw.com
**ANDERSON2X, PLLC**
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**ATTORNEY FOR PLAINTIFFS AND PUTATIVE CLASS MEMBERS**

### CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2017, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Austin W. Anderson*
Austin W. Anderson

*Notice of Filing Consents to Join*   Page 2