# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **CHARLES TAYLOR and RICHARD LaBRYER, Individually and on behalf of all others similarly situated** | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **Civil Action 2:16-cv-00502** |
| **REPUBLIC SERVICES, INC.** | § § § | |
| *Defendant.* | § | |

## PLAINTIFF'S NOTICE OF FILING CONSENTS TO JOIN

COMES NOW, Plaintiff CHARLES TAYLOR, individually and on behalf of all others similarly situated, and hereby gives notice of filing with the Clerk of the Court the following Consents to Join pursuant to 29 U.S.C. § 216(b):

## NOTICES OF CONSENT

1. Derek S. Adams
2. Scott K. Blair
3. Jaime M. Cantoran
4. Samuel Cooper
5. Robert H. Delgado
6. David E. Frazier
7. Rogelio Gamboa
8. Henry Gonzalez, Jr.
9. Jose A. Hernandez
10. Jim H. Hicks
11. Peyton M. James
12. James McDaniel
13. Christopher M. McKenna
14. Stephen L. Mendoza
15. Dennis M. Michalek
16. Michael W. Miller
17. Tracy T. Pinkard
18. Ernesto P. Ramirez
19. Rolando Sanchez
20. Tina M. Savage
21. Andre L. Scott
22. Santos P. Sepeda
23. Kristian P. Snyder
24. David L. Tebedo
25. Mark D. Tillmon
26. Steven Watson

Respectfully submitted,

By:  /s/ *Austin W. Anderson*

**Austin W. Anderson**
Federal I.D. No. 777114
Texas Bar No. 24045189
austin@a2xlaw.com
**Clif Alexander**
Federal I.D. No. 1138436
Texas Bar No. 24064805
clif@a2xlaw.com
**Lauren E. Braddy**
Federal I.D. No. 1122168
Texas Bar No. 24071993
lauren@a2xlaw.com
**Alan Clifton Gordon**
Federal I.D. No. 19259
Texas Bar No. 00793838
cgordon@a2xlaw.com
**ANDERSON2X, PLLC**
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**ATTORNEY FOR PLAINTIFFS AND
PUTATIVE CLASS MEMBERS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Austin W. Anderson*
Austin W. Anderson